# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE M. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 22-0172-WS-MU |
| | ) |
| FIRST PREMIER BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the parties' stipulation of dismissal, (Doc. 32), this action is **dismissed with prejudice**, each party to bear its own costs and attorney's fees.

DONE and ORDERED this 6th day of July, 2023.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE